# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NEONODE SMARTPHONE LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 6:20-cv-00507-ADA <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Neonode Smartphone LLC discloses the following: Aequitas Technologies LLC owns 10% or more of Plaintiff Neonode Smartphone LLC.

DATED:  October 23, 2020

Respectfully submitted,

By: */s/ Philip J. Graves*

Philip J. Graves (CA State Bar No. 153441)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7147
Facsimile: (213) 330-7152
Email: philipg@hbsslaw.com

Greer N. Shaw (CA State Bar No. 197960)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: greers@hbsslaw.com

Craig D. Cherry
State Bar No. 24012419
ccherry@haleyolson.com
Justin W. Allen
State Bar No. 24081977
jallen@haleyolson.com
**HALEY & OLSON, P.C.**
100 N. Ritchie Road, Suite 200
Waco, Texas 76712
913 Franklin Ave., Suite 201
Waco, Texas 76701
Telephone: (254) 776-3336
Facsimile: (254) 776-6823

*Counsel for Plaintiff Neonode Smartphone LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23[th] day of October 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

/s/ *Philip Graves*
Philip Graves

| | |
|---|---|
| John Michael Guaragna<br>DLA Piper LLP<br>401 Congress Suite 2500<br>Austin, TX 78701<br>(512) 457-7125<br>Fax: 512/457-7001<br>John.Guaragna@dlapiper.com<br><br>Benjamin Mueller<br>DLA Piper LLP<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>(312) 368-4000<br>Fax: (312) 236-7516<br>Benjamin.Mueller@dlapiper.com | Mark D. Fowler<br>Erik R. Fuehrer<br>DLA Piper LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>(650) 833-2000<br>Fax: (650) 833-2001<br>Mark.Fowler@dlapiper.com<br>Erik.Fuehrer@dlapiper.com<br><br>Susan Acquista<br>DLA Piper LLP<br>401 B Street, Suite 1700<br>San Diego , CA 92101<br>(619) 699-2700<br>Fax: (619) 699-2701<br>Susan.Acquista@dlapiper.com |

*Attorneys for Defendants*
*Samsung Electronics Co. Ltd. and*
*Samsung Electronics America, Inc.*